```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35653
   VIRGINIA M RODDEL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0012


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/06/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.40% from remaining funds.

     The case was paid in full 09/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         14024.43          .00         3702.17
HANOVER INSURANCE         UNSECURED OTH       229.12          .00           57.28
RESURGENT CAPITAL SERVIC  UNSECURED          1950.42          .00          514.87
ECAST SETTLEMENT CORP     UNSECURED           419.64          .00          110.78
VALUE CITY FURNITURE      UNSECURED         NOT FILED         .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                          434.90
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,020.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         4,385.10
ADMINISTRATIVE                                    2,200.00
TRUSTEE COMPENSATION                                434.90
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                   7,020.00                 7,020.00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 35653 VIRGINIA M RODDEL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE